# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | Chapter 13 |
|    **Jean Marie Mitchell,** ) | Case No. 12-43198-HJB |
|            **Debtor** ) | |
| ) | |
| _____ ) | |

## MOTION TO APPROVE LOAN MODIFICATION

NOW COMES Jean Marie Mitchell (hereinafter "Debtor"), by her counsel, and moves this Honorable Court to approve a loan modification offered by Green Tree Servicing, LLC (hereinafter "Green Tree").

In support thereof, the Debtor states:

1. The Debtor's present mortgage payment, consisting of P&I and escrow, is $1,335 per month;

2. Green Tree has offered a loan modification under HAMP, rolling the pre-petition arrears into the principal. The proposed monthly payment of P&I is $658.94 at a fixed rate interest of 4.0%. (see exhibit 1)

WHEREFORE the Debtor prays that this Honorable Court approve the modification as offered by Green Tree.

Dated: January 10, 2014

                              Respectfully submitted,
                              Jean Marie Mitchell,
                              By her attorney,

                              /s/ James D. Lukowiak_____
                              James D. Lukowiak, Esq., BBO #644893
                              Law Offices of James D. Lukowiak, P.C.
                              1290 Worcester Road, Suite 2W
                              Framingham, MA 01702
                              Telephone:     (508) 788-5500
                              Jlukowiak@lukowiak.com