01/28/2014 GRANTED. NO OBJECTIONS HAVE BEEN FILED.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:        )<br>    **Jean Marie Mitchell,**        )<br>              **Debtor**        )<br>        )<br>_____)  | **Chapter 13**<br>**Case No. 12-43198-HJB** |

### MOTION TO APPROVE LOAN MODIFICATION

NOW COMES Jean Marie Mitchell (hereinafter "Debtor"), by her counsel, and moves this Honorable Court to approve a loan modification offered by Green Tree Servicing, LLC (hereinafter "Green Tree").

In support thereof, the Debtor states:

1. The Debtor's present mortgage payment, consisting of P&I and escrow, is $1,335 per month;

2. Green Tree has offered a loan modification under HAMP, rolling the pre-petition arrears into the principal. The proposed monthly payment of P&I is $658.94 at a fixed rate interest of 4.0%. (see exhibit 1)

WHEREFORE the Debtor prays that this Honorable Court approve the modification as offered by Green Tree.

Dated: January 10, 2014

                                      Respectfully submitted,
                                      Jean Marie Mitchell,
                                      By her attorney,

                                      /s/ James D. Lukowiak_____
                                      James D. Lukowiak, Esq., BBO #644893
                                      Law Offices of James D. Lukowiak, P.C.
                                      1290 Worcester Road, Suite 2W
                                      Framingham, MA 01702
                                      Telephone:      (508) 788-5500
                                      Jlukowiak@lukowiak.com